UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES | Plaintiff |
| v. | Criminal Action No. 3:20-cr-61-RGJ |
| DEONTE BEASON<br>LEVONTAY TOWNES<br>JEAN LUC HENRY | Defendants |

\* \* \* \* \*

### MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant Deonte Beason's ("Beason") "Unopposed Motion to Continue" his trial date. [DE 438]. For the reasons below, Beason's Motion to Continue [DE 438] is **DENIED**.

### DISCUSSION

"The matter of a continuance is within the discretion of the trial judge." *United States v. Crawford*, 60 F. App'x 520, 526 (6th Cir. 2003). When deciding whether to grant a continuance, district courts consider factors including "the length of delay, previous continuances, inconvenience to litigants, witnesses, counsel and the court, whether the delay is purposeful or is caused by the accused, the complexity of the case, and whether denying the continuance will lead to identifiable prejudice." *United States v. McClendon*, 146 F. App'x 23, 26–27 (6th Cir. 2005).

Defendants Beason, Levontay Townes, and Jean-Luc Henry ("Defendants") are scheduled for trial Monday, January 9, 2023. Beason states that counsel for the United States and Defendants have conferred, continued negotiations, and are "of the opinion that continuing the trial date to after" co-defendant Frank Trammell Jr. and Khalid Raheem's sentencing "would help solidify the plea terms." [DE 438 at 2465].

This case has been pending for over two years. Defendants have been scheduled for this trial date for over five months and there are over six weeks remaining before the trial date. [DE 308]. Likewise, the parties have known of co-defendants Trammell's and Raheem's trial date and potential sentencing since for over five months. Beason has cited no authority or otherwise demonstrated that the co-defendants' sentencing is relevant to any potential plea, and the Court believes the remaining time sufficient to finalize any plea deals. There otherwise appears no prejudice or reason to delay the trial. For these reasons, Beason's Motion to Continue [DE 438] is **DENIED**. Defendants remain scheduled for trial January 9, 2023.

## CONCLUSION

For the reasons stated, and the Court being otherwise sufficiently advised, **IT IS ORDERED that**

1. Beason's Motion to Continue [DE 438] is **DENIED**.

Rebecca Grady Jennings, District Judge
United States District Court

November 21, 2022

Cc:   Counsel of Record

2